443 A.2d 402

Commonwealth v. Frederick, Appellant.

Sub-mitted October 20, 1981. Kevin H. Way, Assistant Public Defender, for appellant; Kenneth Brown, District Attorney, for Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

443 A.2d 402

Commonwealth v. Grant, Appellant.

Petition for Allowance of Appeal Denied June 1, 1982.

Argued April 30, 1981. John A. Clay, for appellant; Edward Tocci, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.